# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIMMER BIOMET HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Civil Action No. 1:22-cv-02966 |

## CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Zimmer Biomet Holdings, Inc., certify that, to the best of my knowledge and belief there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Zimmer Biomet Holdings, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 30th day of September, 2022

/s/ Hadassah M. Reimer
Hadassah M. Reimer
Holland & Hart LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4517
Fax: (307) 739-9744
Email: HMReimer@hollandhart.com

William F. Colgin, Jr.
Holland & Hart LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4510
Fax: (844) 473-4724
Email: WFColgin@hollandhart.com
*Pro hac vice* pending

Susan L. Combs
Holland & Hart LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Telephone: (307) 734-4518
Fax: (866) 337-9330
Email: SLCombs@hollandhart.com
*Pro hac vice* pending

Matthew E. Wright
Holland & Hart LLP
555 17th Street, Suite 3200
P.O. Box 4749
Denver, CO 80202
Telephone: (303) 295-8161
Fax: (303) 989-0081
Email: MEWright@hollandhart.com
D.C. Bar # 229657
*Pro hac vice* pending

**Attorneys for Plaintiff Zimmer Biomet Holdings, Inc.**